MICHAEL NEE, as Administrator of the Estate of MICHAEL NEE, JR., Deceased, Respondent, *v.* MATTHIAS SLOBODA, Appellant.

(Argued January 21, 1936; decided March 3, 1936.)

*John W. Jordan, Harold R. Medina, F. J. Canty* and *Archibald R. MacKennan* for appellant.

*Peter Cantline* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.